9770.   STUCKEY *v.* THE STATE.

HARWELL, J. The only question involved was one of fact, which the jury determined. The evidence amply authorized the verdict, which was ap-proved by the trial judge. No error of law appears in the special grounds of the motion for a new trial, and the judgment is
        *Affirmed. Broyles, P. J., and Bloodworth, J., concur.*
                DECIDED NOVEMBER 16, 1918.

Accusation of possessing intoxicating liquor; from city court of Dublin—Judge Flynt. April 15, 1918.

The defendant was convicted of the offense of having in his pos-session intoxicating liquors. The State's witnesses testified, that they found the defendant drunk in his store, and that he had

about eight quarts of whisky in suit-cases on the foot of his "bunk" in the store; that the store was locked; and that there was no one in there except the defendant. The defendant contended, that he was not drunk, but was sick; that he did not own the whisky or know anything about it; and that it was put in his store without his knowledge or consent.

*Fred Kea,* for plaintiff in error.

*S. P. New, solicitor,* contra.